■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO LAMBERTY, Appellant.—Judgment, Supreme Court,

Bronx County (William Wallace, III, J.), rendered on October 9, 1986, unanimously affirmed. Motion to accept letter as supplementary brief granted. To the extent that the motion may be construed to seek leave to file an additional supplemental brief, the motion is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.